918     CASES REPORTED WITH BRIEF SYLLABI.

Simon Baer v. Great Eastern Casualty Company.— Motion denied, with ten dollars costs.     Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Cooper & Pollack Structural Iron Works v. David Rosino and Others.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Daniel J. Smith v. North American Films Company.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Burns Brothers v. Royal Bank of New York.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Minnette Barrett v. Archibald Selwyn.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Louis Knee v. Yankee Waist Company.— Application granted.   Order signed.   Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Lennie L. George v. William R. Murray.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

The People of the State of New York ex rel. Importers and Traders' National Bank, Appellant, v. Lawson Purdy and Others, Respondents.— Reargument ordered.   Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Abram Morris and Another, Respondents, v. Ferdinand Cahn and Another, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion.   Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Ferdinand Cahn, Appellant, v. Abram Morris and Another, Respondents.— Judgment affirmed, with costs. No opinion.   Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Patrick Reddy, Respondent, v. Milton M. Silverman and Others, as Executors, etc., Appellants.— Judgment and order affirmed, with costs. No opinion.   Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Louis Sherry, Appellant, v. Arthur B. Proal, Respondent.— Judgment and order affirmed, with costs. No opinion.   Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Harry Levi, Respondent, v. Samuel W. Heiss and Another, Doing Business under the Firm Name, etc., Appellants.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, on the ground that the verdict was against the weight of evidence.   Order to be settled on notice.   Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Josef Von Slenczynski, Appellant.— Judgment and order affirmed.   No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.